FILED

AUG 1 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF GERALDINE RIVERS, | ORDER TO SHOW CAUSE<br>CASE NO. MISC. F 10-0032 LJO |

As attested to by declarations under penalty of perjury of Court staff, a woman identified as Geraldine Rivers ("Ms. Rivers") has left numerous messages on voicemails of Court staff. The voicemails are profane, sexually charged and offensive and disrupt this Court's operation. Ms. Rivers has no active case which involves this Court.

As such, this Court ORDERS Ms. Rivers, no later than 10 days from the date of this order, to respond in writing and show cause why a restraining order should not issue against her. The restraining order, if issued, would order Ms. Rivers immediately to cease all direct and indirect contact with this Court and its personnel regarding matters unrelated to legitimate Court purposes and proceedings. More specifically, the restraining order would require Ms. Rivers not to telephone Court telephone numbers and leave voicemail messages unrelated to legitimate Court purposes and proceedings. This Court ADMONISHES Ms. Rivers that she will be subject to contempt proceedings or other Court penalties if she fails to comply with this order to show cause and continues to disrupt Court operations by, among other things, leaving voicemail messages unrelated to legitimate Court purposes or proceedings.

IT IS SO ORDERED.

Dated:   August 16, 2010          /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF GERALDINE RIVERS, | DECLARATION OF IRMA LIRA |

My name is Irma Lira, and I am the Courtroom Deputy for the courtroom of The Honorable Lawrence J. O'Neill, United States District Judge. My employer is the United States Courts, Clerk's Office division.

On August 9, 2010 I received over 22 phone messages on the voicemail system from Geraldine Rivers. Her contact number is (209) 947-2392. The first calls were received on Saturday August 7, 2010 and the messages continued every day thereafter. Approximately 5 or more messages were received per day.

The context of the messages were as follows: 1) She was being sexually assaulted by Merced police officers, one specifically naming Officer Luna. 2) Every phone message gave detailed information about the alleged sexual assault. She used very explicit words to describe the alleged assault. 3) She would also state that her granddaughter who is 4 years old was being sexually assaulted as well as other family members. 4) She stated that the officers who were assaulting her were going to shoot a female District Attorney who is the age of 34. 5) Ms. Rivers stated that she would shoot Officer Luna.

On August 9, 2010 I contacted the U.S. Marshal about Ms. Rivers. On a daily basis, I continue

1

1  to contact the U.S. Marshal about Ms. Rivers phone messages.

2  The phone messages fill the voicemail system, often not allowing attorneys, parties and representatives of Federal agencies with legitimate business in the court to leave messages for our chambers. In addition, dealing with the constant messages takes me away from the heavy workload that my job requires.

6  I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of August, 2010.

_____
Irma Lira

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF GERALDINE RIVERS, | DECLARATION OF RENEE GAUMNITZ |
|---|---|

I, Renee J. Gaumnitz, declare as follows:

I am a sworn Courtroom Deputy to United States District Judge Oliver W. Wanger and employed by the United States District Court for the Eastern District of California at Fresno. The facts contained in this declaration are within my personal knowledge and, if called as a witness, I could competently testify thereto.

My telephone is used to conduct Court business and is located on my desk in Suite 7811 at the United States District Court in Fresno, California. I have received numerous telephone calls from a woman who identifies herself as Geraldine Rivers. I have not spoken with Ms. Rivers directly.

I received voice mails from Ms. Rivers on the following dates and were left at the times listed:

8/7/2010 10:00AM

8/8/2010 8:40AM

8/8/2010 9:04AM

8/8/2010 8:54PM

8/8/2010 8:59PM

8/9/2010 1:05PM

8/9/2010 2:21PM

1

1 | 8/9/2010 5:04PM
2 | 8/9/2010 5:30PM
3 | 8/11/2010 6:59PM

The receipt of these voice mails is problematic to me for the following reasons: The language used and substance of the voice mails are highly offensive and inappropriate. The speaker frequently used profanity and made preposterous claims about the alleged conduct of others. The time it takes me to listen and delete these messages could be used performing my job duties. The volume and length of the voice mails depletes memory space in the machine that should be used for attorneys, litigants, employees, and other agencies, which inhibits my ability to perform my job duties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of August, 2010.

_____
Renee Gaumnitz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF GERALDINE RIVERS, _____/ | DECLARATION OF JEANNIE VASQUEZ |

I, Jeannie Vasquez, declare as follows:

I am the Operations Supervisor in the Clerk's Office in the Eastern District of California. I have conducted a search of Court records for the name of Geraldine Rivers. No information was found regarding Geraldine Rivers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2010.

_Jeannie Vasquez_
Jeannie Vasquez

1