1
2
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    IN RE GERALDINE RIVERS,                          CASE NO. MISC F 10-0032 LJO

12                                                     **RESTRAINING ORDER; ORDER TO FILE**
                                                       **PROOF OF SERVICE; ORDER TO SERVE**
13                                                     **RESTRAINING ORDER**

14    _____/

15

16           On August 16, 2010, this COURT issued an ORDER TO SHOW CAUSE ordering Geraldine

17    Rivers, no later than 10 days from that date, to respond in writing and show cause why a restraining

18    order should not issue against her.  The ORDER TO SHOW CAUSE was served on Geraldine Rivers

19    personally by the United States Marshal.  To date, within the 10 days allotted, there has been no response

20    by Ms. Rivers.  Therefore, IT IS HEREBY ORDERED:

21           1.      A RESTRAINING ORDER hereby issues ordering Ms. Rivers to cease all direct and

22                   indirect contact with this Court and its personnel regarding matters unrelated to

23                   legitimate Court purposes and proceedings.  The Restraining Order includes, but is not

24                   limited to restraining Ms. Rivers from telephoning Court telephone numbers and leaving

25                   voicemail messages unrelated to legitimate Court purposes and proceedings. Failure to

26                   abide by this RESTRAINING ORDER subjects Ms. Rivers to contempt proceedings

27                   which in turn subjects her to  incarceration and monetary fines and penalties;

28           2.      The United States Marshal is ordered forthwith to file the Proof of Service of the

                                                   1

ORDER TO SHOW CAUSE with the Clerk of this Court; and

3.     The United States Marshal is further ordered to serve this Restraining Order on Geraldine Rivers personally, and thereafter to file the Proof of Service of said Restraining Order with the Clerk of this Court.

IT IS SO ORDERED.

**Dated:     October 6, 2010**                          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2